# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,    :    Case No. 3:95-cr-007
                                   Also 3:16-cv-212
                Plaintiff,   :

- vs -                       :    District Judge Walter Herbert Rice
                                  Magistrate Judge Michael R. Merz
                             :

DERRICK LAMONTE SMOOTE.      :

                Defendant.   :

---

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

---

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 69), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant's § 2255 Motion and Amended § 2255 Motion (ECF Nos. 52 and 57) be dismissed with prejudice.   Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

July 13 , 2017.

_____

Walter Herbert Rice
United States District Judge